


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X   Via ECF

JOFFRE M. MATTERA,

        Plaintiff,

-against-

JP MORGAN CHASE CORP., and JOHN F.,
O'NEILL, JR (in his Official and Individual capacities
pursuant to NYEL §§ 290 *et seq.*),

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 CIV 4040 (RJH)

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time for JPMorgan Chase Bank, N.A. (sued erroneously herein as "JP Morgan Chase Corp.") to answer, move or otherwise respond to the Complaint in the above-captioned matter is extended from June 2, 2008 to and including June 30, 2008.

Dated:    New York, New York
           May 16, 2008

**Scott Michael Mishkin, P.C.**

By: _____
Scott Michael Mishkin, Esq.
Attorney(s) for Plaintiff
One Suffolk Square, Suite 240
Islandia, New York 11749
(631) 234-1154
mishkinesq@optonline.net

**JPMorgan Chase Legal & Compliance Department**

By: _____
Stacey L. Blecher, Esq.
Attorney(s) for JPMorgan Chase Bank, N.A.
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-3814
Stacey.L.Blecher@Chase.com

SO ORDERED:

_____
U.S.D.J.
5/28/08