USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08

RECEIVED
JUN 13 2008
CHAMBERS OF
RICHARD J. HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X  Via ECF

JOFFRE M. MATTERA,

        Plaintiff,

    -against-

JP MORGAN CHASE CORP., and JOHN F.
O'NEILL, JR (in his Official and Individual capacities
pursuant to NYEL §§ 290 *et seq.*),

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 CIV 4040 (RJH)

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time for Defendants JPMorgan Chase Bank, N.A. (sued erroneously herein as "JP Morgan Chase Corp.") and John F. O'Neill, Jr. to answer, move or otherwise respond to the Complaint in the above-captioned matter is extended to and including July 7, 2008.

Dated:    New York, New York
           June 2, 2008

Scott Michael Mishkin, P.C.

By _____
   Scott Michael Mishkin, Esq.
Attorney(s) for Plaintiff
One Suffolk Square, Suite 240
Islandia, New York 11749
(631) 234-1154
CallanMishkinPC@optonline.net

JPMorgan Chase Legal & Compliance
Department

By: _____
   Stacey L. Blecher, Esq.
Attorney(s) for JPMorgan Chase Bank, N.A.
and John F. O'Neill, Jr.
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-3814
Stacey.L.Blecher@Chase.com

SO ORDERED:

_____
U.S.D.J.
6/17/08