UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X  Via ECF

JOFFRE M. MATTERA,                              :
                                                                            08 CIV 4040 (RJH)
                Plaintiff,           :

    -against-                                  :
                                                                       **Rule 7.1 Statement**
JP MORGAN CHASE CORP., and JOHN F.,             :
O'NEILL, JR (in his Official and Individual capacities
pursuant to NYEL §§ 290 *et seq.*),             :

                **Defendants.**     :
------------------------------------------------ X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for JPMorgan Chase Bank, N.A. (erroneously named herein as Defendant "JP Morgan Chase Corp.") and Defendant John F. O'Neill, Jr. certify that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock:

                JPMorgan Chase & Co.

Dated: New York, New York
       July 7, 2008

                                      **JPMorgan Chase Legal & Compliance Department**

                                      By: _/s/ Stacey L. Blecher_
                                      Stacey L. Blecher, Esq.
                                      Attorneys for Defendants
                                      One Chase Manhattan Plaza, 26th Floor
                                      New York, New York 10081
                                      (212) 552-3814
                                      Stacey.L. Blecher@Chase.com

167711:v1