UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X   Via ECF

JOFFRE M. MATTERA,                                :
                                                        08 CIV 4040 (RJH)
          Plaintiff,                                   :

   -against-                                    :
                                                        DEFENDANTS' RULE
JP MORGAN CHASE CORP., and JOHN F.,               :   26 DISCLOSURE
O'NEILL, JR (in his Official and Individual capacities   STATEMENT
pursuant to NYEL §§ 290 *et seq.*),               :

                    Defendants.                         :
------------------------------------------------ X

     JPMorgan Chase Bank, N.A. (erroneously sued herein as Defendant "JP Morgan Chase Corp.") ("JPMorgan Chase") and Defendant John F. O'Neill, Jr. (collectively, "Defendants"), by their attorneys, the JPMorgan Chase Legal & Compliance Department, Stacey L. Blecher, Assistant General Counsel, as and for their disclosure pursuant to Fed. R. Civ. P. 26, asserts as follows:

     A.    The name and, if known, the address and telephone number of each individual other than Plaintiff likely to have discoverable information that the disclosing party may use to support its claims or defenses:

| Name | Address |
|---|---|
| John F. O'Neill, Jr. | c/o JPMorgan Chase Legal and Compliance Department, 1 Chase Manhattan Plaza, 26th Floor, New York, New York 10081 (212) 552-3814 |
| Robin L. Yudkoff | c/o JPMorgan Chase Legal and Compliance Department, 1 Chase Manhattan Plaza, 26th Floor, New York, New York 10081 (212) 552-3814 |

| | |
|---|---|
| Carol Lai | c/o JPMorgan Chase Legal and Compliance Department, 1 Chase Manhattan Plaza, 26th Floor, New York, New York  10081 (212) 552-3814 |
| Alice M. Stack | c/o JPMorgan Chase Legal and Compliance Department, 1 Chase Manhattan Plaza, 26th Floor, New York, New York  10081 (212) 552-3814 |
| Merrill Winter | c/o JPMorgan Chase Legal and Compliance Department, 1 Chase Manhattan Plaza, 26th Floor, New York, New York  10081 (212) 552-3814 |
| Michael J. Moran | c/o JPMorgan Chase Legal and Compliance Department, 1 Chase Manhattan Plaza, 26th Floor, New York, New York  10081 (212) 552-3814 |
| Muhammad Khalid | c/o JPMorgan Chase Legal and Compliance Department, 1 Chase Manhattan Plaza, 26th Floor, New York, New York  10081 (212) 552-3814 |
| Sally Weingierski | c/o JPMorgan Chase Legal and Compliance Department, 1 Chase Manhattan Plaza, 26th Floor, New York, New York  10081 (212) 552-3814 |
| Ellen Zicchino | c/o JPMorgan Chase Legal and Compliance Department, 1 Chase Manhattan Plaza, 26th Floor, New York, New York  10081 (212) 552-3814 |
| Michael J. Rosenberg | c/o JPMorgan Chase Legal and Compliance Department, 1 Chase Manhattan Plaza, 26th Floor, New York, New York  10081 (212) 552-3814 |
| Kerry K. Freeman | c/o JPMorgan Chase Legal and Compliance Department, 1 Chase Manhattan Plaza, 26th Floor, New York, New York  10081 (212) 552-3814 |

The above-named individuals are likely to have knowledge of Plaintiff's employment, job responsibilities and performance with JPMorgan Chase during some or all of the relevant time period, the employment, performance and job responsibilities of other persons under the same management and supervision of Plaintiff during some or all of the relevant time period, of various events referred to in Plaintiff's Complaint, and of relevant JPMorgan Chase policies and procedures in effect during the relevant time period.

B.      Documents, data compilations, and tangible things that the disclosing party may use to support its claims and defenses:

- Plaintiff's employee records file, if any;

- Plaintiff's AccessHR file, if any;

- Relevant documents and/or files, if any, maintained by JPMorgan Chase's Human Resources Department concerning Plaintiff;

- Relevant documents and/or files, if any, maintained by JPMorgan Chase's Treasury Services department concerning Plaintiff;

- Relevant documents and/or files, if any, maintained by any individual JPMorgan Chase manager or supervisor regarding Plaintiff;

- Relevant documents and/or files, if any, maintained by JPMorgan Chase's Employee Relations Department concerning Plaintiff;

- Relevant JPMorgan Chase policies, plans, and programs; and

- Relevant documentary communications, if any, whether in letter, memorandum, email, or other format.

C.  The provisions of Fed. R. Civ. P. 26(a)(1)(C) are not applicable because Defendants are not seeking damages at this time from Plaintiff.

D.  Defendants are investigating what, if any, insurance agreements may apply to Plaintiff's claims and will supplement its response as appropriate.

RESERVATION OF RIGHTS

Defendants reserve their rights to supplement and/or amend its Rule 26 Disclosure Statement if and when they deem it appropriate.

Dated: New York, New York
      August 4, 2008

**JPMorgan Chase Legal & Compliance Department**

By: _/s/ Stacey L. Blecher_
Stacey L. Blecher, Esq.
Attorneys for Defendants
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-3814
Stacey.L.Blecher@Chase.com

To:    Scott Michael Mishkin, Esq.
        Scott Michael Mishkin, P.C.
        Attorney(s) for Plaintiff
        One Suffolk Square, Suite 240
        Islandia, New York 11749
        (631) 234-1154
        MishkinEsq@optonline.net

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X   Via ECF
JOFFRE M. MATTERA

                      Plaintiff,                         08 CIV. 4040 (RJH)

      -against-                              AFFIDAVIT OF SERVICE


JP MORGAN CHASE CORP., and JOHN F., O'NEILL, JR
( in his Official and individual capacities pursuant to
NYEL §§ 290 *et seq.*),


                      Defendants.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

**STATE OF NEW YORK**    )
                                   ) ss.:
**COUNTY OF NEW YORK**    )

       _Stuart Madesh_, being duly sworn, deposes and says, that deponent is not a party to the action, is over eighteen years of age and is employed by JPMorgan Chase Bank, N.A.

       That on the 4th day of August, 2008 deponent served the within:

                         DEFENDANTS' RULE 26 DISCLOSURE STATEMENT

To:    Scott Michael Mishkin, Esq.
        Scott Michael Mishkin, P.C.
        Attorney(s) for Plaintiff
        One Suffolk Square, Suite 240
        Islandia, New York  11749
        (631) 234-1154
        MishkinEsq@optonline.net

by the address designated for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me this
____ day of August, 2008

_____
Notary Public

               MARLENE M. THOMPSON
              Notary Public, State of New York
                   No. 01TH6161011
                Qualified in Kings County
             Certificate filed in New York County
163621:v1     Commission Expires February 12, 2011